**Order entered March 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00944-CR

**BRYCE DAREC CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83633-2017**

## ORDER

Before the Court is appellant's March 6, 2019 second motion to extend the time to file appellant's brief. In the motion, attorney Kristin R. Brown states that she "was only recently appointed to replace previous appellate counsel" in this appeal. Our records reflect Mitchell R. Nolte is appellant's counsel of record.

No motion to withdraw or motion to substitute counsel has been filed in this appeal. *See* TEX. R. APP. P. 6.5. Until such a motion is filed and granted by this Court, Kristin R. Brown is not authorized to represent appellant. Accordingly, we **DENY** the motion.

We **ORDER** appellant to file either a motion to substitute counsel or else his appellate brief within **FOURTEEN DAYS** of the date of this order. If appellant does not comply with this

order, the appeal will be abated for a hearing in the trial court regarding appellant's representation.

We **DIRECT** the Clerk to transmit copies of this order to Mitchell R. Nolte, Kristin R. Brown, and counsel for the State.

/s/     CORY L. CARLYLE
JUSTICE